# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00046-CV

**In re Nathan H. Butler**

**D. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## NO. C-18-0089-CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of D.R. The subject of this proceeding is Nathan H. Butler, appellant's attorney.

Appellant filed her notice of appeal on January 14, 2020, and her brief was due February 6, 2020. On February 11, 2020, we ordered counsel to file appellant's brief no later than February 25, 2020. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Nathan H. Butler shall appear in person before this Court **on Tuesday, March 24, 2020, at 10:30 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have

sanctions imposed for his failure to obey our February 11, 2020 order. This order to show cause will be withdrawn and Butler will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before Friday, March 20, 2020.**

It is ordered on March 5, 2020.


Before Justices Goodwin, Kelly, and Smith